UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KENSEY CLAYCOMB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:22-cv-00193-MPB-CSW |
| DEACONESS HEALTH SYSTEM, CHANCE FARMER, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Deaconess Health System and Chance Farmer and against Kensey Claycomb.

IT IS SO ORDERED.

Dated: August 1, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER LLC (Indianapolis)
ad@bdlegal.com

Taylor Jon Ferguson
Biesecker Dutkanych & Macer, LLC
tferguson@bdlegal.com

Nicholas James Golding
Kahn, Dees, Donovan & Kahn, LLP
ngolding@kddk.com

Mark A. McAnulty
KAHN, DEES, DONOVAN & KAHN LLP
mmcanulty@kddk.com